7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Everett Lee Washington and Betty Lucille Washington
*Debtor*

**Everett Lee Washington**
**Betty Lucille Washington**
　　Plaintiff(s)

v.

**Internal Revenue Service**
**United States of America**
　　Defendant(s)

*Bankruptcy Case No.*
13−40055−can7

*Adversary Case No.*
14−04068−can

# JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is limited in that it shall apply only the dischargeability of plaintiff's tax debt only as expressly set out in the Order. If unpaid taxes for any other year pre−petition to the bankruptcy case besides those expressly set forth herein are discovered subsequent to entry of this Judgment, plaintiff is granted leave of Court to file his motion to reopen this proceeding for determination of dischargeability of any such tax debt.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
　　Deputy Clerk



Date of issuance: 8/5/14

Court to serve